IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ELISABETH HERNANDEZ DIAS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

COMES NOW Plaintiff, ELISABETH HERNANDEZ DIAS, by and through her undersigned counsel and sues Defendant, UNITED STATES OF AMERICA and as grounds therefore would allege the following:

**JURISDICTIONAL ALLEGATIONS AND IDENTIFICATION OF THE PARTIES**

1.    Plaintiff, ELISABETH HERNANDEZ DIAS, lives at 875 NW 171st Street, North Miami Beach, Florida, and thus is a resident within the Southern District of Florida.

2.    The claims here are brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671 *et seq.*) and 28 U.S.C. §1346(b)(1) for money damages as compensation for personal injuries that were caused by the negligence of an employee of the United States Government while acting within the course and scope of his official duties.

3.    This Court has jurisdiction under 28 U.S.C. §1356(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee and/or agent of the United States of America while acting in the course and scope of his employment,

under circumstances where the United States, if a private person, would be liable to the Plaintiff under the laws of the State of Florida, where the negligence occurred. *See* 28 U.S.C. §1346(b).

4. Venue is proper in this Court, as the acts and omissions forming the basis of these claims occurred in the Southern District of Florida and arose from the negligence of an employee of the United States Government, as more fully described below.

5. This lawsuit has been timely filed and all conditions precedent and prerequisites to filing suit have been met under 28 U.S.C. §2675. A copy of the Claim for Damage, Injury or Death (Form SF 95) is attached as Exhibit "A" to this Complaint. The appropriate Federal agency has failed to make final disposition of this claim within six months after it was filed, and therefore it is deemed to have denied the claim under 28 U.S.C. §2675(a).

6. At all times material hereto, Plaintiff ELISABETH HERNANDEZ DIAS would be entitled to pursue these claims under the laws of the State of Florida.

## COUNT I
## CLAIM FOR NEGLIGENCE

7. Paragraphs 1 - 6 are incorporated herein.

8. On or about April 29, 2020, Defendant, UNITED STATES OF AMERICA, owned a U.S.P.S. motor vehicle that was operated with consent by its employee or agent while in the course and scope of his official duties, at or near the intersection of Pembroke Road and South Douglas Road, Pembroke Pines, Broward County, Florida.

9. The Defendant, UNITED STATES OF AMERICA, through its employee owed a duty to the public and specifically to the Plaintiff, ELISABETH HERNANDEZ DIAS, to operate that vehicle in a reasonable, safe, and non-negligent manner.

10. Defendant's employee breached that duty of care and negligently operated or maintained the U.S.P.S. motor vehicle in one or more of the following ways:

    a.    Failed to maintain a proper lookout;

    b.    Failed to timely and properly apply the vehicle's brakes;

    c.    Drove carelessly;

    d.    Failed to avoid colliding with the vehicle driven by Plaintiff;

    e.    Failed to obey a traffic signal or sign; and/or

    f.    Otherwise was distracted and not using reasonable care in operating the vehicle.

11.    As a result of this negligence, the vehicle failed to stop and struck the rear end of the vehicle Plaintiff, ELISABETH HERNANDEZ DIAS, was driving.

12.    As a direct and proximate result of these acts of negligence by Defendant UNITED STATES OF AMERICA, the Plaintiff, ELISABETH HERNANDEZ DIAS, has sustained the following damages, any, some, or all of which are permanent and/or continuing in nature:

    a.    Bodily injury;

    b.    Pain and suffering;

    c.    Disability;

    d.    Physical impairment;

    e.    Disfigurement and scarring;

    f.    Mental anguish;

    g.    Inconvenience;

    h.    Loss of capacity for the enjoyment of life;

    i.    Aggravation of a pre-existing condition;

    j.    Medical bills and expenses;

    k.    Loss of earnings; and

l.   Loss of capacity to earn in the future.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiff, ELISABETH HERNANDEZ DIAS, demands judgment against the Defendant, UNITED STATES OF AMERICA, in an amount of Two Million Five Hundred Thousand Nine Hundred Twelve Dollars and Thirty-Nine Cents ($2,500,912.39), exclusive of interest and costs, and any other such relief as appropriate.

Dated this  4th  day of October, 2022.

Somera & Silva, LLP
One Boca Place
2255 Glades Road, Suite 232W
Boca Raton, FL 33431
Phone: (561) 981-8881
Fax:    (561) 981-8887
Primary Email: pleadings@somerasilva.com
Secondary Email: litigation@somerasilva.com
Attorneys for Plaintiff

By: __/s/  Peter J. Somera, Jr.__
PETER J. SOMERA JR., ESQ.
FBN: 0054267
PAUL M. SILVA, M.D., ESQ.
FBN: 0319820